ORIGINAL

FILED

08/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0263

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0263

FILED

AUG 18 2020

Bowen
Clerk of Supreme Court
State of Montana

IN THE MATTER OF APPOINTING MEMBERS TO
THE COMMISSION ON COURTS OF LIMITED
JURISDICTION

ORDER

County Attorney MaryAnn Ries has retired her position as the County Attorney member of the Commission on Courts of Limited Jurisdiction.

The Court thanks Ms. Ries for her dedicated service to the Commission, the Court, and the people of Montana.

The Montana County Attorneys Association has recommended that Scott Twito, Yellowstone County Attorney, be appointed as the County Attorney member. With the consent of the appointee,

IT IS ORDERED that Yellowstone County Attorney Scott Twito is appointed as the County Attorney member of the Commission on Courts of Limited Jurisdiction commencing the date of this Order and ending June 30, 2022.

The Clerk is directed to provide a copy of this Order to MaryAnn Ries, to Scott Twito, to each member of the Commission on Courts of Limited Jurisdiction, and to the State Bar of Montana.

DATED this 18 day of August, 2020.

_____
Chief Justice

_[signatures]_

Justices